1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  (wsomvichian@cooley.com)
   AUDREY J. MOTT-SMITH (300550)
3  (amottsmith@cooley.com)
   3 Embarcadero Center, 20th Floor
4  San Francisco, California  94111-4004
   Telephone:    +1 415 693 2000
5  Facsimile:    +1 415 693 2222

6  MICHELLE C. DOOLIN (179445)
   (mdoolin@cooley.com)
7  4401 Eastgate Mall
   San Diego, California  92121-1909
8  Telephone:    +1 858 550 6000
   Facsimile:    +1 858 550 6420
9
10 Attorneys for Defendant
   GOOGLE LLC
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | JENNY HOUTCHENS, et al.,            | Case No. 5:22-cv-02638-BLF |
16 |          Plaintiff,                  | **DECLARATION OF AUDREY J. MOTT-SMITH IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION TO COMPEL ARBITRATION, OR, ALTERNATIVELY, MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT AND REQUEST FOR JUDICIAL NOTICE** |
17 |    v.                                | |
18 | GOOGLE LLC,                          | |
19 |          Defendant.                  | |
20 |                                      | Date:     October 6, 2022 |
   |                                      | Time:     9:00 a.m. |
21 |                                      | Courtroom: 3 |
   |                                      | Judge:    Hon. Beth Labson Freeman |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MOTT-SMITH DECL. ISO MTN. TO COMPEL
ARB. OR DISMISS COMPL., AND RJN
CASE NO. 5:22-CV-02638-BLF

I, Audrey J. Mott-Smith, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California and before this Court. I am an associate at the law firm Cooley LLP, and counsel for Defendant Google LLC ("Google"). I have personal knowledge of the facts set forth below and, if called to testify, could and would testify competently thereto.

2. On June 14, 2022, Counsel for Google, including myself, telephonically met and conferred with Plaintiffs' counsel and explained that Google intends to file a motion to compel arbitration in response to Plaintiffs' Complaint. Following that conversation and subsequent correspondence regarding the timing for raising additional 12(b)(6) issues in response to Plaintiffs' Complaint, I emailed Plaintiffs' counsel on July 27, 2022 to confirm whether Plaintiffs would agree to voluntarily submit their claims to arbitration per the Parties' agreement and dismiss this lawsuit in this Court. As of the date of filing this declaration, Plaintiffs' counsel had not responded.

3. Attached hereto as **Exhibit D** is a true and correct copy of the American Arbitration Association's ("AAA's") Commercial Arbitration Rules, as currently available from the AAA website at http://www.adr.org/sites/default/files/CommercialRules_Web-Final.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2022 in San Francisco, California.

Dated: June 30, 2022                                COOLEY LLP

                                                    By: */s/ Audrey J. Mott-Smith*
                                                        Audrey J. Mott-Smith

                                                    Attorney for Defendant
                                                    GOOGLE LLC

271320188

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

MOTT-SMITH DECL. ISO MTN. TO COMPEL
ARB. OR DISMISS COMPL., AND RJN
CASE NO. 22-CV-02638-SVK