COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
AUDREY J. MOTT-SMITH (300550)
(amottsmith@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

MICHELLE C. DOOLIN (179445)
(mdoolin@cooley.com)
4401 Eastgate Mall
San Diego, California  92121-1909
Telephone:     +1 858 550 6000
Facsimile:     +1 858 550 6420

Attorneys for Defendant
GOOGLE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY HOUTCHENS, et al.,<br><br>               Plaintiff,<br><br>       v.<br><br>GOOGLE LLC,<br><br>               Defendant. | Case No. 22-cv-02638-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE RE: GOOGLE'S MOTION TO COMPEL ARBITRATION OR, ALTERNATIVELY, TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT (L.R. 6.2(a))**<br><br>Date:       October 6, 2022<br>Time:       9:00 a.m.<br>Courtroom: 3<br>Judge:     Hon. Beth Labson Freeman |

This stipulation is entered into by and between Jenny Houtchens ("Houtchens") and Samantha Ramirez ("Ramirez") (collectively, "Plaintiffs") and Google LLC ("Google") (collectively, the "Parties"), by and through their respective counsel:

WHEREAS, Plaintiffs filed their complaint (the "Complaint") in the above-entitled action on April 29, 2022 (Dkt. No. 1);

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROP.] ORDER RE BRIEFING SCHED.
RE GOOGLE'S MOT. TO COMPEL OR DISMISS
CASE NO. 22-CV-02638-BLF

1   WHEREAS, on May 27, 2022, under Civil Local Rule 6-1(a), the Parties stipulated to
2   continue the deadline for Google to answer or otherwise respond to the Complaint until June 30,
3   2022 (Dkt. No. 12);

4   WHEREAS, this Court approved the Parties' stipulation to continue Google's deadline to
5   respond to the Complaint on June 1, 2022 (Dkt. No. 18);

6   WHEREAS, Google filed a Motion to Compel Arbitration Or, Alternatively, to Dismiss
7   Plaintiffs' Class Action Complaint and Request for Judicial Notice ("Google's Motion") on June
8   30, 2022 (Dkt. No. 21);

9   WHEREAS, this Court is scheduled to hear argument on Google's Motion on October 6,
10  2022 at 9:00am (*id.*);

11  WHEREAS, this Court has additionally set a Case Management Conference for September
12  15, 2022 at 11:00am (Dkt. No. 17);

13  WHEREAS, pursuant to Local Rules 7-3(a) and (c), Plaintiffs' opposition to Google's
14  Motion is currently due on July 14, 2022 and Google's reply in support of its Motion is currently
15  due on July 21, 2022;

16  WHEREAS, Civil Local Rule 6-2(a) permits parties to file a stipulation requesting an order
17  changing time that affects the date of an event or deadline set by the Local Rules;

18  WHEREAS, to allow each Party sufficient time to prepare a complete and orderly
19  presentation of the many issues presented by the Complaint and Google's Motion, the Parties have
20  conferred and agreed to a short continuance of the briefing deadlines in connection with Google's
21  Motion (Declaration of Audrey J. Mott-Smith ("Mott-Smith Decl.") ¶ 2);

22  WHEREAS, the Court previously approved the Parties' Stipulated Extension of Time to
23  Respond to Complaint (Dkt. No. 18), and the Parties have neither stipulated to nor moved for any
24  additional time modifications in this case (Mott-Smith Decl. ¶ 3);

25  WHEREAS, extending the deadlines for any subsequent briefing necessitated by Google's
26  Motion will not alter the date of any event or deadline already fixed by Court order (Mott-Smith
27  Decl. ¶ 4).

28  NOW, THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties jointly request that

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND [PROP.] ORDER RE BRIEFING SCHED.
RE GOOGLE'S MOT. TO COMPEL OR DISMISS
CASE NO. 22-CV-02638-BLF

1    the Court enter an order providing that:

2        1.   Plaintiffs' deadline to file any opposition to Google's Motion will be July 28, 2022; and

3        2.   Google's deadline to file any reply in support of its Motion will be August 18, 2022.

4

5    **IT IS SO STIPULATED.**

6

7    Dated: July 7, 2022                                COOLEY LLP
                                                         MICHELLE C. DOOLIN (179445)
8                                                        WHITTY SOMVICHIAN (194463)
                                                         AUDREY J. MOTT-SMITH (300550)
9

10

11                                                       */s/ Audrey J. Mott-Smith*
                                                         _____
                                                         Audrey J. Mott-Smith
12                                                       Attorneys for Defendant
                                                         GOOGLE LLC
13

14   Dated: July 7, 2022                                JOHN RYAN GUSTAFSON (220802)
                                                         R. ALLEN SMITH (*pro hac vice forthcoming*)
15                                                       STEFFAN T. KEETON (*pro hac vice
                                                         forthcoming*)
16

17                                                       */s/ Steffan T. Keeton*
                                                         _____
18                                                       Attorneys for Plaintiffs

19

20

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23   Dated: ___July 8, 2022___, 2022

24                                                       The Honorable Beth Labson Freeman
                                                         United States District Judge
25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND [PROP.] ORDER RE BRIEFING SCHED.
RE GOOGLE'S MOT. TO COMPEL OR DISMISS
CASE NO. 22-CV-02638-BLF

1

2

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)

3

    I, Audrey J. Mott-Smith, attest that concurrence in the filing of this document has been

4

obtained from the other signatory.  Executed on July 7, 2022, in San Francisco, California.

5

6

7

                                  */s/ Audrey J. Mott-Smith*

8

                                    Audrey J. Mott-Smith

9

10

271727658

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND [PROP.] ORDER RE BRIEFING SCHED.
RE GOOGLE'S MOT. TO COMPEL OR DISMISS
CASE NO. 22-CV-02638-BLF