# Exhibit A

## Versa 2



FRONT

# Exhibit A

## Versa 2



BACK

# Exhibit A

## Versa 2



SIDE

# Exhibit A

## Versa 2



SIDE

# Exhibit A

## Versa 2



TOP                                                                                         BOTTOM